### UNITED STATES of America, Appellee,

v.

### Peter S. GRIMM, Dominick P. Carollo, Steven E. Goldberg, Defendants– Appellants,

---

UBS AG, UBS Securities LLC, UBS Financial Services, Inc., Intervenors.

Nos. 12–4310 (Lead), 12–4365(Con), 12–4371(Con).

United States Court of Appeals, Second Circuit.

Aug. 15, 2014.

James J. Fredericks, United States Department of Justice, Washington, DC, (Brent Snyder, Deputy Assistant Attorney General, Finnuala K. Tessier, United States Department of Justice, Washington, DC; Antonia R. Hill, Steven Tugander, United States Department of Justice, New York, N.Y., on the brief), for Appellee.

Howard E. Heiss, O'Melveny & Myers LLP, New York, N.Y. (Jonathan D. Hacker, Anton Metlitsky, Deanna M. Rice, Mark A. Racanelli, on the brief), for Defendant–Appellant Grimm.

James R. Smart, McElroy, Deutsch, Mulvaney & Carpenter LLP, Morristown, NJ (Walter F. Timpone, on the brief), for Defendant–Appellant Carollo.

David C. Frederick, Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., Washington, DC (Brendan J. Crimmins, Emily T.P. Rosen, Andrew E. Goldsmith, Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., Washington, DC; John S. Siffert, Daniel M. Gitner, Lanker Siffert & Wohl LLP, New York, N.Y., on the brief), for Defendant–Appellant Goldberg.

PRESENT: ROBERT A. KATZMANN, Chief Judge, DENNIS JACOBS, JOSÉ A. CABRANES, ROSEMARY S. POOLER, REENA RAGGI, RICHARD C. WESLEY, PETER W. HALL, GERARD E. LYNCH, DENNY CHIN, RAYMOND J. LOHIER, JR., SUSAN L. CARNEY, and CHRISTOPHER F. DRONEY, Circuit Judges.*

## ORDER

Following disposition of this appeal on December 9, 2013, an active judge of the Court requested a poll on whether to rehear the case *en banc*. A poll having been conducted and there being no majority favoring *en banc* review, rehearing *en banc* is hereby **DENIED**.

GERARD E. LYNCH, Circuit Judge, joined by REENA RAGGI, PETER W. HALL, and RAYMOND J. LOHIER, JR., Circuit Judges, dissents by opinion from the denial of rehearing en banc.

GERARD E. LYNCH, Circuit Judge, with whom Judge RAGGI, Judge HALL, and Judge LOHIER join, dissenting from the denial of rehearing en banc:

For the reasons stated by Judge Kearse in her dissent from the panel's decision, *United States v. Grimm*, 738 F.3d 498, 504–09 (2d Cir.2013), I believe that the majority opinion in this case is inconsistent with *United States v. Salmonese*, 352 F.3d 608 (2d Cir.2003), and that en banc review is appropriate to settle the law of the Circuit. I therefore respectfully dissent from the denial of rehearing *en banc*.

---

* Circuit Judge Debra Ann Livingston recused   herself from these proceedings.